ORIGINAL

LANE Y. TAKAHASHI, AAL, ALC 2417
Topa Financial Center
2121 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 13 2006
LODGED at 2 o'clock and 15 min P.M.
SUE BEITIA, CLERK
JAN 13 2006 11:16
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00523-05 SOM |
| vs. | |
| VINCENT GILBERT, (05) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| Defendant. | |

STIPULATION TO CONTINUE SENTENCING HEARING

It is hereby stipulated by and between the undersigned parties that the sentencing hearing set for January 12, 2006 at 2:15 p.m. is hereby continued to February 16, 2006 at 3:00 p.m. before the Honorable Susan Oki Mollway due to defendant's illness.

_____
FLORENCE NAKAKUNI
Assistant U.S. Attorney

_____
LANE Y. TAKAHASHI
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
SUSAN OKI MOLLWAY
Judge of the Above-Entitled Court